ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
rwise@grsm.com

*Attorneys for Defendant*
*Bottega Veneta, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR GUO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BOTTEGA VENETA, INC., a corporation; ROCKY CLAAR, an individual; CARLOS DELOS REYES, an individual; DOES I – V, and ROES VI – X, <br><br> Defendants. | Case No.: 2:17-cv-02778-MMD-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 1]** <br><br> **(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff EDGAR GUO ("Plaintiff"), and Defendants BOTTEGA VENETA, INC. ("Defendant "), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on November 2, 2017 [ECF No. 1].

2. Defendant was served with process on or about November 7, 2017.

3. Defendant recently retained counsel and a short extension is necessary to allow Defendant's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff has agreed to the extension.

-1-

5. Defendant requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

6. This stipulation is not made for purposes of delay.

7. Therefore, the parties agree that Defendant's response to the Complaint is now due on or before December 15, 2017.

| | |
|---|---|
| DATED: November 21, 2017. | DATED: November 21, 2017. |
| GORDON REES SCULLY MANSUKHANI, LLP | LAW OFFICE OF DAN M. WINDER, P.C. |
| */s/ Robert S. Larsen* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> 300 South Fourth Street, Suite 1550 <br> Las Vegas, Nevada 89101 | */s/ Kristina Miletovic* <br> Dan M. Winder, Esq. <br> Kristina Miletovic, Esq. <br> 3507 W. Charleston Blvd. <br> Las Vegas, NV 89102 |
| *Attorneys for Bottega Veneta, Inc.* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: December 6, 2017