ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
       rwise@grsm.com

*Attorneys for Defendants*
*Bottega Veneta, Inc., Rocky Claar*
*and Carlos Delos Reyes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR GUO, an individual, | Case No.: 2:17-cv-02778-MMD-PAL |
|     Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 1]** |
| BOTTEGA VENETA, INC., a corporation; ROCKY CLAAR, an individual; CARLOS DELOS REYES, an individual; DOES I – V, and ROES VI – X, | |
|     Defendants. | **(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff EDGAR GUO ("Plaintiff"), and Defendants ROCKY CLAAR and CARLOS DELOS REYES ("Defendants"), by and through their respective attorneys of record, stipulate as follows:

## **STIPULATION**

1. Plaintiff filed his Complaint on November 2, 2017 [ECF No. 1].

2. Defendants Claar was served with process on or about November 17, 2017.

3. Defendant Reyes was served with process on or about November 6, 2017.

4. Previously, Defendant Bottega Veneta, Inc. ("Bottega") submitted an extension to respond to the Complaint until December 15, 2017. That stipulation remains pending with the Court.

-1-

5. Defendants Claar and Reyes recently retained the same counsel as Defendant Botegga and a short extension is necessary to allow Defendant's counsel to information from Defendants Claar and Reyes and investigate the allegations in the Complaint before responding.

6. Accordingly, Defendants Claar and Reyes request that the Court extend the time to respond to the Complaint until December 15, 2017.

7. Additionally, this will allow all of the Defendants to coordinate their response and serve judicial economy.

8. Plaintiff has agreed to the extension.

9. Defendant requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

10. This stipulation is not made for purposes of delay.

11. Therefore, the parties agree that Defendants Claar and Reyes' response to the Complaint is now due on or before December 15, 2017.

| | |
|---|---|
| DATED: December 5, 2017. | DATED: December 5, 2017. |
| GORDON REES SCULLY MANSUKHANI, LLP | LAW OFFICE OF DAN M. WINDER, P.C. |
| */s/ Robert S. Larsen* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> 300 South Fourth Street, Suite 1550 <br> Las Vegas, Nevada 89101 | */s/ Kristina Miletovic* <br> Dan M. Winder, Esq. <br> Kristina Miletovic, Esq. <br> 3507 W. Charleston Blvd. <br> Las Vegas, NV 89102 |
| *Attorneys for Bottega Veneta, Inc.* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: December 6, 2017