ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
rwise@grsm.com

*Attorneys for Defendants*
*Bottega Veneta, Inc., Rocky Claar*
*and Carlos Delos Reyes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR GUO, an individual, | Case No.: 2:17-cv-02778-MMD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE OF ENE SESSION** |
| BOTTEGA VENETA, INC., a corporation; ROCKY CLAAR, an individual; CARLOS DELOS REYES, an individual; DOES I – V, and ROES VI – X, | |
| Defendants. | **(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff EDGAR GUO ("Plaintiff"), and Defendants ROCKY CLAAR and CARLOS DELOS REYES ("Defendants"), by and through their respective attorneys of record, stipulate as follows:

## **STIPULATION**

1. The Court scheduled the Early Neutral Evaluation Session ("ENE") for March 9, 2018 [ECF No. 17].

2. On February 20, 2018, Judge Denton of the Eighth Judicial District Court set a trial in Case No. A682897 to begin on March 8, 2018 and continue through at least March 13, 2018.

3. Robert Larsen, lead counsel for Defendants is in this case, is the lead trial counsel

-1-

in Case No. A682897 and accordingly will be unavailable to attend the ENE on March 9, 2018.

4. Additionally, the other attorney representing Defendants in this case has accepted a position at a different law firm and will be leaving Gordon Rees Scully Mansukhani on March 2, 2018 and no longer be representing the Defendants.  Accordingly, she also will not be available to attend the ENE on behalf of Defendants.

5. The parties request that the Court reschedule the ENE for a date after March 15, 2018 and preferably before April 9, 2018.

6. This stipulation is not made for purposes of delay.

| DATED: February 26, 2018. | DATED: February 26, 2018. |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP | LAW OFFICE OF DAN M. WINDER, P.C. |
| */s/ Robert S. Larsen* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> 300 South Fourth Street, Suite 1550 <br> Las Vegas, Nevada  89101 | */s/ Kristina Miletovic* <br> Dan M. Winder, Esq. <br> Kristina Miletovic, Esq. <br> 3507 W. Charleston Blvd. <br> Las Vegas, NV 89102 |
| *Attorneys for Bottega Veneta, Inc.* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  2/27/2018