ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com

*Attorneys for Defendants*
*Bottega Veneta, Inc., Rocky Claar*
*and Carlos Delos Reyes*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR GUO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BOTTEGA VENETA, INC., a corporation; ROCKY CLAAR, an individual; CARLOS DELOS REYES, an individual; DOES I – V, and ROES VI – X, <br><br> Defendants. | Case No.: 2:17-cv-02778-MMD-PAL <br><br> **STIPULATION AND ORDER TO EXCUSE ATTENDANCE OF ROCKY CLAAR AND CARLOS DELOS REYES FROM PERSONAL ATTENDANCE AT ENE SESSION** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff EDGAR GUO ("Plaintiff"), and Defendants ROCKY CLAAR and CARLOS DELOS REYES ("Defendants"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Defendant Bottega Veneta was Plaintiff's employer and the primary employment based claims in the Complaint are brought against Bottega Veneta.

2. Defendant Carlos Delos Reyes is currently employed by Defendant Bottega Veneta.

3. During preparation for written discovery responses and the ENE conference, counsel for Defendants learned that Mr. Reyes is currently on extended medical leave from the Company following a recent surgery.

4. Mr. Reyes has requested that he be excused from personal attendance at the ENE Conference.

5. Plaintiff does not object to Mr. Reyes' request that he not be required to attend the ENE Conference provided that Mr. Reyes has given full authority to counsel or Bottega Veneta to resolve this matter at the ENE Conference.

6. Mr. Reyes agrees that he will give full authority to either his counsel or Bottega Veneta to resolve this matter at the ENE Conference if he is not required to attend.

7. Defendant Rocky Claar is also an employee of Bottega Veneta.

8. Mr. Claar currently works and resides in King of Prussia, Pennsylvania.

9. Mr. Claar has also requested that he be excused from personal attendance at the ENE Session as long-distance travel is inconvenient and will take significant time away from his work and family responsibilities.

10. Bottega Veneta supports Mr. Claar's request as Bottega Veneta is already expending significant funds in the amount of travel costs to bring a representative to the ENE Conference. Adding the travel expense of Mr. Claar and the lost time from his work responsibilities adds a significant burden to Bottega Veneta.

11. Plaintiff does not object to Mr. Claar's request that he not be required to attend the ENE Conference provided that Mr. Claar has given full authority to counsel or Bottega Veneta to resolve this matter at the ENE Conference.

12. Mr. Claar agrees that he will give full authority to either his counsel or Bottega Veneta to resolve this matter at the ENE Conference if he is not required to attend.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

13. This stipulation is not made for purposes of delay and will serve judicial economy of the Defendants.

DATED: March 28, 2018.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Bottega Veneta, Inc.*

DATED: March 28, 2018.

LAW OFFICE OF DAN M. WINDER, P.C.

*/s/ Kristina Miletovic*
Dan M. Winder, Esq.
Kristina Miletovic, Esq.
3507 W. Charleston Blvd.
Las Vegas, NV 89102

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_George Foley Jr_
UNITED STATES MAGISTRATE JUDGE

DATED: 3/29/2018