1  DAN M. WINDER, ESQ.
   Nevada State Bar No. 1569
2  KRISTINA MILETOVIC, ESQ.
   Nevada State Bar No. 14089
3  LAW OFFICE OF DAN M. WINDER, P.C.
   3507 W. Charleston Blvd.
4  Las Vegas, NV 89102
   Telephone: (702) 474-0523
5  Facsimile:  (702) 474-0631
   winderdanatty@aol.com
6  *Attorneys for Plaintiff*

7

8

9

10

                **UNITED STATES DISTRICT COURT**

11

                      **DISTRICT OF NEVADA**

12

13  EDGAR GUO, an individual,

14                          Plaintiff,                    Case No. 2:17-cv-02778-MMD-PAL

15  vs.

16  BOTTEGA VENETA, INC., a corporation;             **STIPULATION AND ORDER**
    ROCKY CLAAR, an individual; CARLOS                        **FOR**
17  DELOS REYES, an individual; DOES I-V;              <u>**DISMISSAL**</u>
    and ROES VI-X,
18

19                          Defendants.

20

21        Plaintiff Edgar Guo, by and through his counsel of record, the Law Office of Dan Winder,

22  P.C., and Defendants Bottega Veneta, Inc., Rocky Claar, and Carlos Delos Reyes, by and through

23  their counsel of record, Gordon Rees Scully Mansukhani, LLP, stipulate this case be dismissed

24        ///

25

26        ///

27

28                                          1

*///*

with prejudice, with each party to bear its own attorney's fees and costs.


DATED: May 1st 2018.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/   Robert S. Larsen*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89101
*Attorneys for Bottega Veneta, Inc.*

DATED: May 1st 2018.

LAW OFFICE OF DAN M. WINDER, P.C.

*/s/   Kristina Miletovic*
Dan M. Winder, Esq.
Kristina Miletovic, Esq.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorneys for Plaintiff*


## ORDER


**IT IS SO ORDERED** this  2nd  day of ___May_____, 20_18_ .

_____
UNITED STATES DISTRICT JUDGE

1

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 1st day of May, 2018, I served the foregoing **STIPULATION AND ORDER FOR DISMISSAL** on counsel as follows:

E-Service pursuant to LR 5-4:

To the parties listed below:

Robert S. Larsen, Esq.
Nevada Bar No. 7785
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9304
Facsimile: (702) 255-2858
rlarsen@grsm.com
*Attorney for Defendants*


     /s/ Kristina Miletovic
Employee of the Law Office of Dan Winder, P.C.